# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| North Star Mutual Insurance Company, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Sean Faughn d/b/a Sean Faughn Construction; Northwest Farm & Home Northwest Farm & Home Supply Co.; and Doug Peterson, individually | ) ) ) ) ) | Case No. 1:16-cv-424 |
| Defendants. | ) | |

Before the court is a "Stipulation for Dismissal, Order for Judgment and Judgment of Dismissal with Prejudice" filed by the parties on June 19, 2017. The court **ADOPTS** the stipulation (Docket No. 27). The above-entitled action shall be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 20th day of June, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court